**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

RICKY JONES,                                          *
                                                      *
                    Plaintiff,                        *
v.                                                    *
                                                      *          No. 3:11-cv-00087-JJV
MICHAEL J. ASTRUE, Commissioner,                      *
Social Security Administration,                       *
                                                      *
                    Defendant.                        *

**<u>JUDGMENT</u>**

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged

that the decision of the Commissioner is affirmed and Plaintiff's Complaint is dismissed with

prejudice.

IT IS SO ORDERED this <u>7th</u> day of August, 2012.

_____
JOE J.  VOLPE
UNITED STATES MAGISTRATE JUDGE

1